### C. C. C. & ST. L. RY. CO. v. DE GRAFF (VIL.)

**1. NOTICE REQUIRING LIGHTS AT CROSSINGS.**

The notice of the passage of an ordinance requiring lights to be erected at railway crossings must be made to the owner of the railway in question. A notice served upon the company's agent is ineffectual.

**2. MUST BE TWENTY DAYS BEFORE DEMANDING PENALTY.**

The notice of the passage of an ordinance requiring lights at railway crossings must be given twenty days before the penalty is demanded.

ERROR to the Court of Common Pleas of Logan county.

The city sued the corporation to recover money for electric lights erected at the railroad crossings. The common pleas court gave the De Graff council judgment, and the case was carried up.

PER CURIAM.

The notification of the pass of an ordinance requiring lights to be erected at railroad crossings must be made to an owner of the company in question, and not to an agent, as was the case, and this must be done twenty days before the penalty is demanded. A notice served upon a company's agent is ineffectual. Judgment reversed.